IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| George Patrick Kelly, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv910 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| John Alden Life Insurance Company, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on April 9, 2010 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 29, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff's motion to remand (Doc. 8) is **DENIED.**

**IT IS SO ORDERED.**

        ___s/Susan J. Dlott_____
        **Chief Judge Susan J. Dlott**
        **United States District Court**