IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

George Patrick Kelly, :
:
    Plaintiff(s), :
:
    vs. : Case Number: 1:09cv910
:
John Alden Life Insurance Company, : Chief Judge Susan J. Dlott
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on August 31, 2010 (Doc. 50), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 20, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to amend (Doc. 31) is **DENIED.**

Defendant's motion to dismiss the amended complaint (Doc. 43) is **DENIED AS MOOT.**

Plaintiff's motion to strike defendant's motion to dismiss (Doc. 48) is **DENIED.**

**IT IS SO ORDERED.**

_____
**Chief Judge Susan J. Dlott
United States District Court**